961 A.2d 1228

**Demetrius DOZIER, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 143 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 3, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**